## AMERICAN ORDNANCE CO. v. DRIGGS-SEABURY CO.

(Circuit Court, D. Connecticut. June 20, 1898.)

### No. 962

PATENTS—PRELIMINARY INJUNCTION.

A preliminary injunction on a patent for guns will be denied where defendant is financially responsible, and is under contract to furnish the guns in question to the government, within a limited time, for use in time of war for coast defense, under pressure of impending danger.

This was a suit in equity by the American Ordnance Company against the Driggs-Seabury Company for alleged infringement of a patent. The cause was heard on motion for preliminary injunction.

W. H. Singleton, for complainant.
Wilson & Wallace, for defendant.

TOWNSEND, District Judge. On this motion for a preliminary injunction, complainant claims public acquiescence in the validity of its patent, infringement, and that defendant is estopped to deny validity by reason of the previous relations of the parties in interest. I am not satisfied that defendant's proposed construction will not infringe certain claims of the patent in suit. But, as it is admitted that defendant is financially responsible, the motion will be denied on the ground that defendant is under contract to furnish the guns in question to the government of the United States within six weeks from the present time, for use in time of war for coast defense, and under the pressure of immediate and impending danger. In these circumstances, the defendant should not be restrained from delivering such necessary war material to the government.